**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CORDARELL LOCKETT**                                             **PLAINTIFF**

**v.**                          **4:19CV00856-BRW-JTK**

**J. MCCLENDEN**                                              **DEFENDANT**

## <u>ORDER</u>

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.   There have been no objections.   After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Plaintiff's Amended Complaint against Defendant is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

I certify that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 9th day of January, 2020.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE