**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CORDARELL LOCKETT**                                                      **PLAINTIFF**

**v.**                                  **4:19CV00856-BRW-JTK**

**J. MCCLENDEN**                                                      **DEFENDANT**

## JUDGMENT

Based on the Order entered today, this case is DISMISSED without prejudice, for failure

to state a claim upon which relief may be granted.

I certify that an *in forma pauperis* appeal from this Judgment and accompanying

Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of January, 2020.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

1